UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:  Kevin M. Cameron
Caitlyn L. Cameron

Bankruptcy Case No. 23-30369

Debtors.

Chapter 13

## DEBTORS' RESPONSE TO CHOICE FINANCIAL GROUP'S AMENDED MOTION TO DISMISS CHAPTER 13 CASE

1. Debtors Kevin and Caitlyn Cameron, by and through their undersigned attorney, respectfully provides the following as and for their response to the Choice Financial Group's (Choice Bank) Motion to Dismiss their Chapter 13 case:

2. Debtors admit to the default as alleged in the Trustee's Motion to Dismiss at Docket #74 and Choice Bank's Motion. Debtors intend to bring the payments prior to the August 27, 2024 hearing scheduled in this case on the Trustee's motion.

3. Debtors have informed the undersigned that Drain Services, Inc.'s July 15, 2024 payment cleared its bank account on August 2, 2024. Drain Services' next payment is due August 15, 2024.

WHEREFORE, based upon the above and foregoing, the Debtors respectfully request that the Court Deny Choice Bank's Motion to Dismiss their case.

Dated: August 13, 2024

BULIE DIAZ LAW OFFICE

By:   /s/ SARA E. DIAZ
Sara E. Diaz #06069
Fargo Office: (701) 298-8748
sara@bulielaw.com

Mailing Address:
217 S. 4th Street
Grand Forks, ND 58201